```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 23006
   TONYA S SUMMLION
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-4171


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.   The case was filed on 06/09/05 and confirmed on 08/11/05.

      2.   The case was dismissed after confirmation, 11/09/2007.

      3.   The Debtor paid a total of $   9200.00 .

      4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG          .00             .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE      1853.50             .00        1853.50
CITIZENS BANK             SECURED           10000.00         1671.29        3014.09
ALLIED ANESTHESIA         UNSECURED         NOT FILED            .00            .00
ASSOCIATED RADIOLOGISTS   UNSECURED         NOT FILED            .00            .00
CINGULAR WIRELESS         UNSECURED          1198.18             .00            .00
COMCAST                   UNSECURED         NOT FILED            .00            .00
FM JOLIET EMERGENCY PHYS  UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED           601.73             .00            .00
KIDCARE                   UNSECURED         NOT FILED            .00            .00
RUE EDUCATIONAL PUBLISHE  UNSECURED          2301.00             .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED          6840.57             .00            .00
SILVER CROSS HOSPITAL     UNSECURED         NOT FILED            .00            .00
SILVER CROSS HOSPITAL     UNSECURED         NOT FILED            .00            .00
TARGET NATIONAL BANK      UNSECURED           277.79             .00            .00
YATIN SHAH MD             UNSECURED         NOT FILED            .00            .00
CITIZENS BANK             UNSECURED           387.22             .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11853.50         .00    11606.49          .00      23459.99
PRINCIPAL PAID       4867.59         .00         .00          .00       4867.59
INTEREST PAID        1671.29         .00         .00          .00       1671.29
TOTAL PAID           6538.88         .00         .00          .00       6538.88
The Debtor's attorney, JOHN A REED                  , was allowed $   2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $    367.12 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE